# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**BRIAN J. THOMAS**                                                     **PLAINTIFF**
*ADC #184741*

**v.**                          **No: 2:26-cv-00039-JM-PSH**

**RENITTA HAWKINS,** *et al.*                                           **DEFENDANTS**

### <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Thomas' claims against Watson for making offensive comments are dismissed without prejudice for failure to state a claim upon which relief may be granted;

2. Thomas' claims against Watson, Hawkins, Sanders, and Blake relating to the disciplinaries he received following the November 20, 2025 incident are dismissed without prejudice for failure to state a claim upon which relief may be

granted; and

3.      Defendants Sanders and Hawkins are terminated on the docket sheet of

this case.


DATED this 21st day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE